**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**IN RE: JOSEPH MITCHELL, JR.**

**Case No: 5:26-mc-5-JEP-PRL**

_________________________________/

# ORDER

On April 17, 2026, the Court received a nonsensical document from Joseph Mitchell, Jr. entitled "Declaration of Life and Fiduciary Authority" (Doc. 1), together with two "Affidavit[s] of Lifetime Surety." (Docs. 2 and 3). The Clerk received these filings, assigned a miscellaneous case number, and then appropriately closed the matter. Unfortunately, Mr. Mitchell, has now filed two additional, and equally frivolous documents in this miscellaneous matter—i.e., "Notice of Special Presentment, Reservation of Rights, and Assertion of Constitutional Standing" (Doc. 4); and "Notice/Affidavit of Status and Standing, Rebuttal of Presumptions, and Reservation of Rights." (Doc. 5).

Mr. Mitchell's filings are not pleadings under Federal Rule of Civil Procedure 8(a). Indeed, Mr. Mitchell states no claim or basis for the court's jurisdiction, he does not provide a short and plain statement of the claim showing that he is entitled to relief, and he does not make a demand for the relief sought. Simply stated, Mr. Mitchell's filings serve no cognizable legal purpose. They are rambling and verbose filings including inapposite legal maxims jumbled together with insubstantial claims (such as that he is a "living breathing, sentient man"), seasoned with citations to the Uniform Commercial Code.

While Plaintiff does not identify himself as a "sovereign citizen,"[1] his filings appear to be based on sovereign citizen ideology, which has been routinely rejected by courts as frivolous. *See, e.g.*, *Henry v. Hernandez-Rundle*, 773 F. App'x 596, 597 (11th Cir. 2019) (finding that sovereign citizen "claims have no arguable legal basis and are patently frivolous"); *Pettingell v. Rolle*, No. 1:26cv49-TKW-HTC, 2026 WL 1067390, at *1 (N.D. Fla. Mar. 20, 2026) ("The 'sovereign citizen' argument challenging the Court's jurisdiction has been universally rejected as frivolous."), *report and recommendation adopted by* 2026 WL 1050228 (N.D. Fla. Apr. 17, 2026); *Fitzgerald v. Mercedes-Benz Financial Services USA, LLC*, No. 3:22-cv-1053-MMH-PDB, 2024 WL 3377743, at *5 (M.D. Fla. July 11, 2024) (finding that plaintiff's arguments based on "sovereign citizen ideology" were frivolous); *Banks v. Pompeo*, No. 2:19-cv-755-FtM-29NPM, 2019 WL 11477403, at *2 (M.D. Fla. Dec. 11, 2019) (recommending dismissal of plaintiff's claims since they "appear[ed similar to the sovereign citizen arguments that courts have routinely dismissed as frivolous"), *report and recommendation adopted by* 2019 WL 11478072 (M.D. Fla. Dec. 30, 2019).

Accordingly, the **Clerk** is directed to no longer accept filings in this matter.

**Plaintiff** is **cautioned** that he may be subject to sanctions if he continues to attempt to file documents in this matter.

[1] In simple terms, sovereign citizens believe that they are not subject to government authority and employ various tactics to avoid paying taxes, extinguishing debts, and derailing criminal proceedings. *Gravatt v. United States*, 100 Fed. Cl. 279, 282 (2011).

DONE and ORDERED in Ocala, Florida on November 6, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party